IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL MCGLON,** *on behalf of himself and others similarly situated*<br><br>**Plaintiff,**<br><br>v.<br><br>**SPRINT CORPORATION, ET AL.,**<br><br>**Defendants.** | **Case No. 16-CV-2099-JAR** |

## ORDER

This Court, having considered the Parties' Joint Motion to Approve the Revised Notice and Consent, and finding that the Parties have agreed to the form of notice (Doc. 30-1) and consent (Doc. 30-2), and that the agreed notice and consent are both adequate and consistent with the Court's prior Order conditionally certifying the FLSA class (Doc. 28), ORDERS as follows:

The Parties Joint Motion to Approve the Revised Notice and Consent (Doc. 30) is GRANTED.  Plaintiff is directed to issue notice to the putative class in the form attached as Doc. 30-1.  Putative class members shall have 60 days from the mailing date to postmark and/or return their signed consent form, attached as Doc. 30-2.

Dated: December 22, 2016

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE